John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 811441

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-61430 | 007-0 | AQUILLA CRATER<br>Original Check written to:<br>CITY OF TYLER TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx004, | 0.00 | 222.90 | 0.00 | 222.90 |
| 05-61430 | 009-0 | AQUILLA CRATER<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxxxx004, | 0.00 | 207.17 | 0.00 | 207.17 |
| 05-61430 | 008-0 | AQUILLA CRATER<br>Original Check written to:<br>TYLER JR COLLEGE TAX A/C<br>P O BOX 2011<br>TYLER, TX  75710 | xxxxxxxxxxxxxxxxxxxx004, | 0.00 | 112.14 | 0.00 | 112.14 |
| 05-61548 | 008-0 | JACOB Z WISE<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxxxx000- | 0.00 | 231.57 | 0.00 | 231.57 |
| 05-61548 | 001-0 | JACOB Z WISE<br>Original Check written to:<br>FAIRLANE CREIT<br>% MYERS & PORTER LLP<br>2120 PARKWOOD DR<br>BEDFORD, TX  76021 | xxxxxxxxxxxxxxxxx55-0 | 6,218.60 | 1,879.31 | 0.00 | 1,879.31 |
| 05-62048 | 017-0 | KACEY SIMMONS<br>Original Check written to:<br>FRIEDMANS INC<br>4550 EXCEL PKWY # 100<br>ADDISON, TX  75001-5606 | xxxxxxxxx7924 | 28.26 | 328.87 | 0.00 | 328.87 |
| 06-60515 | 008-0 | CARLOS D. JOHNSON<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC  29210 | xxxxxxxxxxxxxxxx5654 | 0.00 | 536.05 | 83.86 | 619.91 |