John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  

Check No. 813269

Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-62048 | 017-0 | KACEY SIMMONS<br>Original Check written to:<br>FRIEDMANS INC<br>4550 EXCEL PKWY # 100<br>ADDISON, TX 75001-5606 | xxxxxxxxx7924 | 26.74 | 1.52 | 0.00 | 1.52 |